UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TALIB WILLIAMS, et al.,

Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

Case No. 21-cv-09586-JST (AGT)

**DISCOVERY ORDER**

As ordered at yesterday's conference, by August 25, 2026, Plaintiffs must file a statement addressing whether the outstanding discovery motions (dkts. 256, 258, 259, 266, 279, 280, & 281) are impacted by the anticipated amended complaint and, if so, how. Defendants' response is due September 1, 2026. Statements are limited to five pages, including exhibits.

For the reasons stated at yesterday's conference, the pending motion to compel discovery of electronically stored information and devices, dkt. 309, and related motion to strike, dkt. 311, are both denied without prejudice. Instead, the parties are ordered to further meet and confer on or before September 1.

The meet and confer shall be in person or via a videoconferencing platform; telephone and email will not suffice. *See* AGT Civil Standing Order § VII.B. By September 8, the parties are ordered to file a joint statement memorializing any agreement and any areas where a compromise was not reached. The grounds for not being able to reach a compromise

must be described in detail. This joint statement may be no more than five pages in total, with no more than ten pages of exhibits in total.

No hearings shall be necessary unless further ordered by the Court. Moreover, the Court reserves ruling on the motions to seal filed at dkts. 308 and 315. The Court will likely resolve these sealing motions via an omnibus motion to seal.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Alex G. Tse
United States Magistrate Judge