UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIB WILLIAMS, et al.,<br>Plaintiffs,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | Case No. 21-cv-09586-JST (AGT)<br>**ORDER RE: MOTION TO COMPEL**<br>Re: Dkt. No. 256 |

The Court will review *in camera* dkts. 247-9, 247-10, and 247-16. These documents consist of two interview transcripts and a "confidential chrono." Dkt. 247-1 ¶¶ 34, 38. CDCR filed redacted versions under seal with its Mandatory Report of Evidence of Attorney Misconduct and Motion for a Protective Order. *See id.* To support the redactions, CDCR invoked the official-information privilege for the interview transcripts and the attorney-client privilege for the chrono. Dkt. 256-2 at 6; Dkt. 267-1 at 6. Plaintiffs contend that the documents are not privileged and have moved to compel CDCR to produce unredacted copies. Dkt. 256.

The Court concludes that an *in camera* review is warranted under the circumstances. By October 19, 2026, CDCR shall send unredacted versions of the documents in question to

agtcrd@cand.uscourts.gov. On the same day that CDCR emails the documents to the Court, it shall file a notice of the submission on the public docket.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Alex G. Tse
United States Magistrate Judge