UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIB WILLIAMS, et al.,<br>Plaintiffs,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | Case No. 21-cv-09586-JST (AGT)<br>**ORDER RE: MOTION TO STRIKE**<br>Re: Dkt. No. 345 |

The Court won't strike Plaintiffs' Motion for Sanctions. Plaintiffs filed that motion on September 18, 2026. Dkt. 342. Rather than file an opposition, Defendants moved to strike the motion on October 2, 2026. Dkt. 345. In support, they argue that Plaintiffs' motion is untimely, both because the matter wasn't raised "as soon as practicable" under Local Rule 7-8(c) and because it was filed after a court-imposed deadline that applies to this issue. *Id.* at 2.

Defendants don't cite any authority for striking a spoliation motion, without further briefing, on this basis. Each of the cases they cite on timeliness was decided after full briefing. *Id.* at 4-6. And, as Plaintiffs note, the Local Rules require that "any evidentiary and procedural objections to [a] motion … be contained within [a] brief or memorandum" filed in opposition." Civil L.R. 7-3(a).

The undersigned concludes that the specific relief Defendants request – striking the motion for sanctions – is unwarranted and therefore the motion to strike is denied. Instead, Defendants should file an opposition to Plaintiffs' motion by **October 30, 2026**. Plaintiffs' reply, if any, will be due seven days thereafter on **November 6, 2026**.

The Court also vacates the hearing currently set for October 30, 2026, on Plaintiffs' Motion to Compel and Motion for Sanctions. *See* dkts. 339 & 342. The Court will notify the parties if it determines that a hearing on those motions is required.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Alex G. Tse
United States Magistrate Judge